WHITE
v.
MAGUIRE.

---

## EDWARD D. WHITE *v.* JAMES MAGUIRE et als.

Actions for torts, injurious words, whether verbal or written, and that for damages caused by animals, or resulting from offences or quasi-offences, are prescribed by one year.

APPEAL from the Sixth District Court of New Orleans, *Howell,* J. *E. C. Kelly,* for plaintiff and appellant. *Race & Foster,* for defendant.

LAND, J. This suit is for the recovery of damages for an alleged tort committed prior to the 13th day of September, 1854. The petition was filed on the 16th of May, 1856, and citation was served on the defendant on the 19th of the same month and year.

The prescription of one year was pleaded to the action, and is a bar to plaintiff's recovery. C. C. Art. 3501.

Judgment affirmed.